IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARGARET A. SARGENT,

    Plaintiff,

    v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 05-237-HO

ORDER GRANTING
STIPULATED EAJA FEES

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3190.13 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $269.00 in costs and $35.93 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amounts less any processing fee.

    DATED this 13th day of October, 2006.

                                                     /s/ Michael R. Hogan
                                                   United States District Judge

Presented by:

/s/ James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff

# Alan Stuart Graf, P.C.
## Law Office

| | | |
|---|---|---|
| **Attorneys:** | 1020 SW Taylor Street, Suite 230 | **Staff:** |
| Alan Stuart Graf | Portland, Oregon 97205 | Jackie Anderson, *Paralegal* |
| Kimberly K Tucker | Voice: 503-452-2375 • Fax: 503-464-9821 | Subhan Michael Tindall, *Clerk* |
| | e-mail: peopleslawyer@qwest.net | Eleanor Ingram, *RN* |

October 4, 2006

Re:  Margaret Sargent v. JoAnne B. Barnhart, CV# 05-237-HO

## Billing Itemization

| Date | Action | Time | |
|---|---|---|---|
| 2/11/05 | Review for USDC appeal; call to client re: same | .75 | |
| 2/18/05 | Complaint | 1.00 | |
| | *February 2005 total* | | *1.75* |
| 8/15/05 | Call from client re: USDC case | .10 | |
| | *August 2005 total* | | *.10* |
| 1/11/06 | Review transcript for opening brief | 4.00 | |
| 1/12/06 | Draft opening brief | 5.50 | |
| 1/17/06 | Review/revise opening brief | 2.50 | |
| 1/19/06 | Final review/revision – opening brief | 1.50 | |
| | *January 2006 total* | | *13.50* |
| 3/29/06 | Received/reviewed Defendant's remand offer; email to OGC declining offer | .40 | *.40* |
| 5/13/06 | Draft Response to Defendant's remand motion | 3.50 | *3.50* |
| 7/7/06 | Receive/review USDC Order; letter to client | .50 | |
| 7/26/06 | Call from client re: USDC decision | .25 | |
| | *July 2006 total* | | *.75* |
| 2/05 | (191.8/155.7) x 125 = 153.98 x 1.75 = | 269.47 | |
| 8/05 | (196.4/155.7) x 125 = 157.68 x .10 = | 15.77 | |
| 1/06 | (198.3/155.7) x 125 = 159.20 x 13.50 = | 2149.20 | |
| 3/06 | (199.8/155.7) x 125 = 160.40 x .40 = | 64.16 | |
| 5/06 | (202.5/155.7) x 125 = 162.57 x 3.50 = | 569.00 | |
| 7/06 | (203.5/155.7) x 125 = 163.38 x .75 = | 122.53 | |
| **EAJA fees:** | | **$3190.13** | |
| | Costs (filing fee $250; copies 95 x .2 = $19.00) | 264.20 | |
| | Expenses (postage $27.21, courier $8.72) | 35.93 | |
| **TOTAL AMT.** | **REQUESTED** | **$3495.06** | |

Founder and Co-Chair of Oregon Social Security Claimants Representatives (OSSCR)
Social Security Disability and Civil Rights Law